| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | Patricia Spaletta (CABN 156788)<br>Special Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: Patricia.Spaletta@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00169 CRB | |
| Plaintiff, | ) | | |
| v. | ) | NOTICE OF DISMISSAL | |
| ANTONIO MENDOZA-NAJERA, | ) | | |
| Defendant. | ) | | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 6/22/11

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 11-0169 CRB)

1 | Leave is granted to the government to dismiss the indictment.
2 | Date: __June 23, 2011__

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer